United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>TAQUERIA EL GRULLENSE; JUAN FRANCIS GAMEZ GARCIA dba TAQUERIA EL GRULLENSE; OSCAR PANG CHENG LIU and CHU CHING LIU as Trustees of the OSCAR PANG CHENG LIU and CHU CHING LIU TRUST; and DOES 1-10 inclusive,<br><br>    Defendants.<br>_____/ | No. C 12-03257 WHA<br><br><br>**ORDER DENYING MOTION TO DISMISS; GRANTING MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

Plaintiff filed a complaint against a number of defendants alleging violations of the Americans with Disabilities Act and state laws regarding access to public accommodations or facilities at a restaurant located at 1280 El Camino Real in Redwood City. On September 5, 2012, defendants Oscar Pang-Cheng Liu and Chu-Ching Kuo Liu moved to dismiss on the ground that the complaint incorrectly named defendants in their capacity as trustees of the Oscar Pang Cheng Liu and Chu Ching Liu Trust. Defendants allege that no such entity exists. In support of the motion, defendant Mr. Liu filed a declaration with exhibits to show that the property that is the subject of the action is held by the Liu Family Trust.

Plaintiff filed a statement of non-opposition to defendants' motion on September 19. On the same day, plaintiff filed a motion for leave to file a first amended complaint. Plaintiff's proposed complaint removes named defendants Oscar Pang Cheng Liu and Chu Ching Liu as

trustees of the *Oscar Pang Cheng Liu and Chu Ching Liu Trust* and adds as defendants Oscar Pang-Cheng Liu and Chu-Ching Kuo Liu as individual defendants and as co-trustees of the *Liu Family Trust*. Plaintiff states that, other than to substitute these defendants, no substantive changes have been made to the original complaint.

Pursuant to Local Rule 7-3, defendants' opposition to plaintiff's motion for leave to file an amended complaint was due on October 3. No response has been received. Plaintiff's motion for leave to file the proposed amended complaint is **GRANTED**. Plaintiff may file the proposed amended complaint on the docket. Defendants' motion to dismiss is denied as **MOOT**.

**IT IS SO ORDERED.**

Dated: October 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2