United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERARDO HERNANDEZ,

    Plaintiff,

  v.

TAQUERIA EL GRULLENSE, JUAN FRANCISCO GAMEZ GARCIA dba TAQUERIA EL GRULLENSE, OSCAR PANG-CHENG LIU, CHU-CHING KUO LIU, OSCAR PANG-CHENG LIU AND CHU-CHING KUO LIU, Co-Trustees for the Liu Family Trust, dated September 26, 2008, and DOES 1 through 10, inclusive,

    Defendants.
                                         /

No. C 12-03257 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

      The Court **DENIES** continuing the case management conference for seven weeks. Please personally come in for the case management conference on October 25 at 11:00 a.m. even though the parties failed to file a joint statement.

      **IT IS SO ORDERED.**

Dated: October 22, 2012.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE