United States District Court

For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   GERARDO HERNANDEZ,                            No. C 12-03257 WHA

11          Plaintiff,

12      v.                                         **ORDER RE CONSENT DECREE
                                                    AND PROPOSED ORDER**
13   TAQUERIA EL GRULLENSE; JUAN
     FRANCISCO GAMEZ GARCIA dba
14   TAQUERIA EL GRULLENSE; OSCAR PANG-
     CHENG LIU; CHUCHING KUO LIU; OSCAR
15   PANGCHENG LIU AND CHU-CHING KUO
     LIU, Co-Trustees for the Liu Family Trust, dated
16   September 26, 2008; and DOES 1-10, Inclusive,

17          Defendants.

18   _____/

19         In this action brought under the Americans with Disabilities Act, the parties have

20   submitted a consent decree and proposed order, captioned "consent decree and [proposed] order

21   as to injunctive relief and damages only."  The consent decree provides for defendants to make

22   certain modifications to the facility in question, including modifications that are not set to be

23   completed until December 2013.  It further states that "the Parties have not reached any

24   agreement regarding Plaintiff's claims for damages, attorneys' fees, litigation expenses, and

25   costs.  These matters will be the subject of future negotiation or litigation as necessary.  The

26   Parties jointly stipulate and request that the Court not dismiss the case in its entirety as

27   these issues remain unresolved."  The consent decree also does not appear to address defendants

28   and cross-claimants' claims against Rafael Guerrero, Juan Francisco Gamez Garcia, and

     Taqueria El Grullense.

1          The parties proposed consent decree and order is premature and incomplete.

2     Accordingly, the proposed order is **DENIED WITHOUT PREJUDICE**.

3

4          **IT IS SO ORDERED.**

5

6     Dated:  April 22, 2013.

          WILLIAM ALSUP
7               UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2