1 | Judy C. Tsai (Bar #158244)
Vaishali Bhatnagar (Bar #289544)
2 | Law Office of Judy Tsai
101 Metro Drive, Ste. 250
3 | San Jose, CA 95110
Phone: (408) 441-7800
4 | Fax: (408) 441-7302
E-Mail: judy@judytsai.com
5
Attorney for Defendants and Cross-Claimants
6 | Oscar Pang-Cheng Liu and Chu-Ching Kuo Liu,
individually and as Co-Trustees of the Liu
7 | Family Trust, dated September 26, 2008

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | GERARDO HERNANDEZ, ) Case No.: C 12-03257 WHA
)
11 | Plaintiff, ) **NOTICE OF DISMISSAL OF CROSS-**
) **CLAIM AND ORDER THEREON**
12 | vs. )
)
13 | TAQUERIA EL GRULLENSE; JUAN ) [Fed.R.Civ.P. Rule 41(a)(1)]
FRANCISCO GAMEZ GARCIA dba )
14 | TAQUERIA EL GRULLENSE; OSCAR )
PANG-CHENG LUI; CHU-CHING KUO LIU; )
15 | OSCAR PANG-CHENG LIU AND CHU- )
CHING KUO LIU, Co-Trustees of the Liu )
16 | Family Trust, dated September 26, 2008; )
and DOES 1-10, inclusive, )
17 | )
Defendants. )
18 | OSCAR PANG-CHENG LIU AND CHU- )
CHING KUO LIU, individually and as Co- )
19 | Trustees of the Liu Family Trust, dated )
September 26, 2008, )
20 | )
Cross-Complainants, )
21 | )
vs. )
22 | )
JUAN GAMEZ; RAFAEL GUERRERO, )
23 | TAQUERIA EL GRULLENSE; and ROES 1- )
15 )
24 | )
Cross-Defendants. )
25

Defendants LIU's Notice of Dismissal and Order Thereon- 1
Case No. C 12-03257 WHA

Defendants and Cross-Claimants Oscar Pang-Cheng Liu and Chu-Ching Kuo Liu, individually and as co-trustees of the Liu Family Trust, dated September 26, 2008 hereby give Notice of their Dismissal With Prejudice as to Defendants and Cross-Claimants' Cross-Claim in its entirety.

Dated: August 13, 2013

By: _____
Judy C. Tsai
Attorney for Defendants and Cross-Claimants Oscar Pang-Cheng Liu and Chu-Ching Kuo Liu, individually and as Co-Trustees of the Liu Family Trust, dated September 26, 2008

**IT IS HEREBY ORDERED**, pursuant to the Dismissal on file herein, that the Cross-Claim is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 14, 2013

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE