| | |
|---|---|
| 1 | **Judy C. Tsai (Bar #158244)** |
| | **Vaishali Bhatnagar (Bar #289544)** |
| 2 | **Law Office of Judy Tsai** |
| | **101 Metro Drive, Ste. 250** |
| 3 | **San Jose, CA  95110** |
| | **Phone: (408) 441-7800** |
| 4 | **Fax: (408) 441-7302** |
| | **E-Mail: judy@judytsai.com** |
| 5 | |
| | Attorney for Defendants and Cross-Claimants |
| 6 | Oscar Pang-Cheng Liu and Chu-Ching Kuo Liu, |
| | individually and as Co-Trustees of the Liu |
| 7 | Family Trust, dated September 26, 2008 |

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | GERARDO HERNANDEZ, | ) Case No.: C 12-03257 WHA |
| 11 | Plaintiff, | ) **NOTICE OF DISMISSAL OF CROSS-** |
| | | ) **CLAIM AND ORDER THEREON** |
| 12 | vs. | ) |
| 13 | TAQUERIA EL GRULLENSE; JUAN | ) [Fed.R.Civ.P. Rule 41(a)(1)] |
| | FRANCISCO GAMEZ GARCIA dba | ) |
| 14 | TAQUERIA EL GRULLENSE; OSCAR | ) |
| | PANG-CHENG LUI; CHU-CHING KUO LIU; | ) |
| 15 | OSCAR PANG-CHENG LIU AND CHU- | ) |
| | CHING KUO LIU, Co-Trustees of the Liu | ) |
| 16 | Family Trust, dated September 26, 2008; | ) |
| | and DOES 1-10, inclusive, | ) |
| 17 | | ) |
| | Defendants. | ) |
| 18 | OSCAR PANG-CHENG LIU AND CHU- | ) |
| | CHING KUO LIU, individually and as Co- | ) |
| 19 | Trustees of the Liu Family Trust, dated | ) |
| | September 26, 2008, | ) |
| 20 | | ) |
| | Cross-Complainants, | ) |
| 21 | | ) |
| | vs. | ) |
| 22 | | ) |
| | JUAN GAMEZ; RAFAEL GUERRERO, | ) |
| 23 | TAQUERIA EL GRULLENSE; and ROES 1- | ) |
| | 15 | ) |
| 24 | | ) |
| | Cross-Defendants. | ) |
| 25 | | |

|   |   |   |
|---|---|---|
| 1 | Defendants and Cross-Claimants Oscar Pang-Cheng Liu and Chu-Ching Kuo Liu, individually and as co-trustees of the Liu Family Trust, dated September 26, 2008 hereby give Notice of their Dismissal With Prejudice as to Defendants and Cross-Claimants' Cross-Claim in its entirety. | |

Dated: August 13, 2013               By: _____
                                          Judy C. Tsai
                                          Attorney for Defendants and
                                          Cross-Claimants Oscar
                                          Pang-Cheng Liu and Chu-Ching
                                          Kuo Liu, individually and as Co-
                                          Trustees of the Liu Family Trust,
                                          dated September 26, 2008

**IT IS HEREBY ORDERED**, pursuant to the Dismissal on file herein, that the Cross-Claim is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: August 14, 2013               _____
                                      HONORABLE WILLIAM H. ORRICK
                                      UNITED STATES DISTRICT COURT JUDGE