1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   GERARDO HERNANDEZ
7
   *Defendants' counsel listed after the caption*
8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 GERARDO HERNANDEZ,
                                        Case No. C12-3257 WHO
                Plaintiff,
13                                      Civil Rights
        v.
14                                      **STIPULATION FOR DISMISSAL**
   TAQUERIA EL GRULLENSE; JUAN
15 FRANCISCO GAMEZ GARCIA dba
   TAQUERIA EL GRULLENSE;
16 OSCAR PANG-CHENG LIU; CHU-
   CHING KUO LIU; OSCAR PANG-
17 CHENG LIU AND CHU-CHING KUO
   LIU, Co-Trustees for the Liu Family
   Trust, dated September 26, 2008; and
18 DOES 1-10, Inclusive,

19              Defendants.

20 JUDY TSAI, Esq. (SBN 158244)
   ALLEN ZARGAR, Esq. (SBN 284930)
21 LAW OFFICE OF JUDY TSAI
   101 Metro Drive, Suite 250
22 San Jose, CA 95110-1343
   Telephone: (408) 441-7800
23 Facsimile: (408) 441-7302

24
   Attorneys for Defendants OSCAR PANG-CHENG
25 LIU; CHU-CHING KUO LIU; and OSCAR
   PANG-CHENG LIU and CHU-CHING KUO LIU
26 as Co-Trustees for the Liu Family Trust, dated
   September 26, 2008
27

28

1  MICHAEL FARBSTEIN, Esq. (SBN 107030)
   FARBSTEIN & BLACKMAN
2  411 Borel Avenue, Suite 425
   San Mateo, CA 94402
3  Telephone: (650) 554-6200
   Facsimile: (650) 554-6240
4
5  Attorneys for Defendants
   TAQUERIA EL GRULLENSE and
6  JUAN FRANCISCO GAMEZ GARCIA
   dba TAQUERIA EL GRULLENSE
7

8

9  **TO THIS HONORABLE COURT:**

10          IT IS HEREBY STIPULATED by and between the parties to this

11  action through their designated counsel that this action be and is hereby dismissed

12  with prejudice pursuant to FRCP 41(a)(1).  The Parties have resolved their disputes

13  as to injunctive relief, damages and attorney fees, litigation expenses and costs, and

14  consent to this Court maintaining jurisdiction over the matter with regard to the

15  Consent Decree and Order entered by the Court on October 2, 2013 (Docket 70).

16                    **IT IS SO STIPULATED.**

17

18  DATED: December 1, 2014          **LAW OFFICES OF PAUL L. REIN**

19

20                                 By: _____/s/ Catherine Cabalo_____
                                       Catherine Cabalo
21                                 Attorneys for Plaintiff
                                   GERARDO HERNANDEZ
22

23  DATED: December 1, 2014          **LAW OFFICE OF JUDY TSAI**

24

25                                 By: _____/s/  Judy Tsai_____
                                       Judy Tsai
26                                 Attorneys for Defendants
                                   OSCAR PANG-CHENG LIU, CHU-CHING
27                                 KUO LIU, and OSCAR PANG-CHENG LIU
                                   and CHU-CHING KUO LIU as Co-Trustees for
28                                 the Liu Family Trust, dated September 26, 2008

                                    - 2 -

DATED: December 1, 2014          **FARBSTEIN & BLACKMAN**

By:    /s/  Michael Farbstein
       Michael Farbstein
Attorneys for Defendants
TAQUERIA EL GRULLENSE and JUAN
FRANCISCO GAMEZ GARCIA dba
TAQUERIA EL GRULLENSE

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: December 2, 2014

_____
Honorable William H. Orrick
United States District Judge

- 4 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on December 1, 2014, I, Catherine Cabalo, received the concurrence of Judy Tsai and Michael Farbstein in the filing of this document.

_____/s/  Catherine Cabalo_____
Catherine Cabalo, Esq.
